UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL BUSH, | ) | CASE NO. WD CV 08-1217-SJO (PJW) |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER ACCEPTING FINAL REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED |
| LEROY BACA, et al., | ) ) | STATES MAGISTRATE JUDGE |
| Defendants. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file and the Final Report and Recommendation of the Magistrate Judge and has considered *de novo* Plaintiff's objections.  The Court accepts the Magistrate Judge's Final Report and adopts it as its own findings and conclusions.

    DATED:    <u>November 12, 2010</u> .

*(signature: S. James Otero)*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 08-1217 SJO Order accept R and R.wpd