UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEL BUSH, | ) | CASE NO. WD CV 08-1217-SJO(PJW) |
| Plaintiff, | ) ) | |
| v. | ) ) | J U D G M E N T |
| LEROY BACA, et al., | ) ) | |
| Defendants. | ) ) ) | |

For the reasons set forth in the Order filed this day, it is hereby adjudged that the action is dismissed with prejudice.

DATED: November 12, 2010.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\CV 08-1217 SJO judgmemt.wpd